**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ROBERT ASA GORDON, et al.,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**KAREN L. HAAS, Clerk of the U.S.**<br>**House of Representatives,**<br><br>**Defendant.** | **Civil Action 11-00003 (RCL)** |

**JUDGMENT**

For the reasons set forth by the Court in its memorandum filed this same day, it is hereby,

**ORDERED** that defendant's motion to dismiss [Dkt. # 9] is **GRANTED**,

**ORDERED** that plaintiffs' and intervenors' motions for summary judgement

[Dkt. ## 16, 21] are **DENIED**, and it is further

**ORDERED** that plaintiffs' motion for a preliminary injunction [Dkt. # 3] is **DENIED** as

moot.

This case now stands **DISMISSED WITH PREJUDICE**. This is a final appealable

order. *See* Federal Rule of Appellate Procedure 4(a).


Signed on November 23, 2011 by Chief Judge Royce C. Lamberth.